UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYLVIE A. HAKIZIMANA,

               Plaintiffs,               Index No.: 012-CV-02745-ARR-JO

  -against-

                                              REQUEST TO ENTER
                                              <u>DEFAULT JUDGMENT</u>

AUTO PALACE, INC. and
TD AUTO FINANCE LLC,

               Defendants.
------------------------------------------------------------------X

TO:    DOUGLAS C. PALMER, CLERK
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

      Please enter default of defendant AUTO PALACE, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above captioned action as fully appears from the court file herein and from the attached affirmation of Michelle Tanney, attorney for Plaintiff herein.

Dated: New York, New York
       August 29, 2013

                                                          Michelle Tanney, Esq. (MT-9342)
                                                          Douglas Hirsch, Esq.
                                                          Sadis & Goldberg LLP
                                                          *Attorneys for Plaintiff*
                                                          551 Fifth Avenue, 21st Floor
                                                          New York, New York 10176
                                                          (212) 947-3793