UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SYLVIE A. HAKIZIMANA,

                Plaintiffs,                Index No.: 012-CV-02745-ARR-JO

    -against-

                                                   **NOTATION OF DEFAULT**

AUTO PALACE, INC. and
TD AUTO FINANCE LLC,

                Defendants.
-----------------------------------------------------------------X

        **I, DOUGLAS C. PALMER**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, AUTO PALACE, INC., has not filed an Answer or otherwise moved with respect to the complaint herein. The default of defendant AUTO PALACE, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          _____, 2013

                                                    Douglas C. Palmer
                                                    Clerk of the Court

                                                    By:  _____
                                                              Deputy Clerk