## CERTIFICATE OF SERVICE

    I hereby certify that on August 30, 2013, a copy of the foregoing REQUEST TO ENTER DEFAULT JUDGMENT was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

To:    Joseph Porretto, Esq.
        Cerussi & Spring
        1 No. Lexington Avenue
        White Plains, New York 10601
        *Attorneys for Defendant TD Auto Finance*

    I further certify that on August 30, 2013 a copy of the foregoing REQUEST TO ENTER DEFAULT JUDGMENT was mailed, by Federal Express, postage prepaid and properly addressed to the following:

To:    Auto Palace, Inc.
        53-21 Northern Boulevard
        Woodside, NY 11377

                      */s/ Michelle Tanney*
                      Michelle Tanney (MT-9342)