UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SYLVIE A. HAKIZIMANA,

            Plaintiffs,            Index No.: 012-CV-02745-ARR-JO

-against-

                                                 NOTATION OF DEFAULT

AUTO PALACE, INC. and
TD AUTO FINANCE LLC,

            Defendants.
-----------------------------------------------------------------X

      **I, DOUGLAS C. PALMER**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, AUTO PALACE, INC., has not filed an Answer or otherwise moved with respect to the complaint herein. The default of defendant AUTO PALACE, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       September 6th, 2013

                                                 Douglas C. Palmer
                                               Clerk of the Court

                                  By: _Janet Hamilton_____
                                           Deputy Clerk

[FILED: U.S. DISTRICT COURT E.D.N.Y. SEP 06 2013 BROOKLYN OFFICE]